UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 01- 10138-MLW |
| ) | |
| V. ) | VIOLATIONS: |
| ) | 7 U.S.C. §2024(b) |
| HAI M. NGUYEN, a/k/a ) | Food Stamp Program Fraud |
| HENRY NGUYEN ) | |

**INFORMATION**

COUNT ONE:     7 U.S.C. §2024(b) -- Food Stamp Program Fraud

The United States Attorney charges that:

From on or about May 2, 2000 to October 26, 2000, at Cambridge, in the District of Massachusetts,

HAI M. NGUYEN,
a/k/a HENRY NGUYEN,

defendant herein, did, in connection with a common plan and scheme, knowingly use, transfer, acquire and possess coupons and authorization cards and access devices contrary to Chapter 51 of Title 7, United States Code (the Food Stamp Program) and the regulations issued pursuant thereto, with said coupons and authorization cards having a value of more than $100.

All in violation of Title 7, United States Code, Section 2024(b).

**DOCKETED**

Respectfully submitted,
DONALD K. STERN
United States Attorney

By: /s/ Timothy Q. Feeley
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

April 25, 2001